1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
ELLIOTT D. OLSON Bar No. 41501
2 | FREDERIC F. GRANNIS Bar No. 185119
801 South Figueroa Street, 18th Floor
3 | Los Angeles, California 90017-5556
Telephone: (213) 426-6900
4 | Facsimile: (213) 426-6921
Elliott.Olson@SDMA.com
5 | Frederic.Grannis@SDMA.com

6 | Attorneys for Defendant, CATERPILLAR
INC. and Specially-Appearing Defendant,
7 | SHIN CATERPILLAR MITSUBISHI LTD.

FILED

2005 JUN -3 P 1: 27

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SANCHEZ,,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATERPILLAR, INC.,<br><br>　　　Specially Appearing Defendant. | CASE NO. CIV.F-04-5059 OWW LJO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL**<br><br>[F.R. Civ.P.41(a)(2)] |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Jesus Sanchez, Defendant CATERPILLAR INC., and Specially Appearing Defendant, SHIN CATERPILLAR MITSUBISHI LTD. by and through their respective attorneys of record, as follows:

　　1.　That the above-captioned action is hereby dismissed in its entirety, with prejudice against all defendants; and,

　　2.　That each party shall bear its own costs, expenses, and attorneys' fees.

///

///


This stipulation for dismissal is entered into pursuant to the provisions of Rule 41(a)(2) of the *Federal Rules of Civil Procedure* and according to the terms of the settlement agreement and release between the parties.

DATED:            LAW OFFICES OF PEREZ, WILLIAMS AND MEDINA

By: _____
Robert Gray Williams, Esq.
Attorneys for Plaintiff, JESUS SANCHEZ

DATED: 5-18-05     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Elliott D. Olson
Frederic F. Grannis
Attorneys for Defendant, CATERPILLAR INC. and Specially Appearing Defendant, SHIN CATERPILLAR MITSUBISHI LTD.

### ORDER

Based upon the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED**

DATED: 6-2-05                       _____
Hon. Oliver W. Wanger
U.S. DISTRICT COURT JUDGE